Abran E. Vigil, Esq.
Nevada Bar No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing, Esq.
Nevada Bar No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardsphar.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SEVEN HILLS MASTER COMMUNITY ASSOCIATION, a Nevada non-profit corporation; and VENANCIO H. REYES, JR., an individual, <br><br> Defendants. | Case No.: 2:17-CV-00321-GMN-GWF <br><br><br> **STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES BY 60 DAYS** <br><br> (First Request) |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company <br><br> Counterclaimant/Cross-Claimant, <br><br> vs. | |

DMWEST #17361983 v1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | JPMORGAN CHASE BANK, N.A.;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC. AS<br>NOMINEE BENEFICIARY FOR<br>COUNTRYWIDE HOME LOANS, INC., a<br>New York corporation; REAL TIME<br>RESOLUTIONS, INC.,<br><br>    Counter/Third-Party/Cross-<br>Defendants. |

7 Pursuant to LR IA 6-1 and LR 26-4, Plaintiff/Counter-Defendant JPMorgan

8 Chase Bank, N.A. ("Chase"), Defendant/Counterclaimant/Cross-Claimant SFR

9 Investments Pool 1, LLC ("SFR"), and Defendant Seven Hills Master Community

10 Association ("Seven Hills"), by and through their respective counsel of record,

11 stipulate and request that this Court extend discovery and dispositive motion

12 deadlines in the above-captioned case for 60 days, to permit the parties to complete

13 party depositions, and specifically the deposition of Chase, whose designated witness

14 underwent significant surgery in December, from which she will not have

15 recuperated until at least the end of January or beginning of February 2018. The

16 parties have conferred and agree that this brief extension is the most reasonable way

17 to complete discovery in this case, including so that Chase's designated witness has

18 sufficient time to attend to necessary medical treatment and recuperate before

19 traveling to Las Vegas for her depositions in not only this action but numerous other

20 lawsuits between Chase and SFR involving homeowners' association foreclosure

21 sales.

22 This is the parties' first request for an extension to the scheduling order

23 deadlines, which were submitted in compliance with LR 26-1. The parties make this

24 request in good faith and not for purposes of delay.

25 A.  **Discovery Completed to Date**

26 To date, Chase has served the following discovery: its initial disclosure of

27 documents and witnesses and its initial expert disclosure.

28 To date, SFR has served the following discovery: its initial disclosure of

2

documents and witnesses and notice of Rule 30(b)(6) deposition of Chase and notice of deposition of Mortgage Electronic Registration Systems, Inc.

Moreover, on December 20, 2017, the Parties filed their interim status report. *See* ECF No. 35.

B. <u>Specific Description of Discovery that Remains to be Completed</u>

SFR has noticed a Rule 30(b)(6) deposition of Chase for January 11, 2017. As discussed below, however, the parties seek to reschedule Chase's deposition to occur after the current discovery cutoff of February 22, 2018.[1]  Chase plans to notice depositions of SFR, Seven Hills, and non-party Alessi & Koenig, LLC. Chase and SFR are currently preparing written discovery to be served on each other. Chase is also preparing written discovery to be served on Seven Hills.

C. <u>Good Cause Exists for the Requested Extension</u>

SFR has noticed Chase's deposition for January 11, 2018, but Chase's Rule 30(b)(6) designee is unavailable on this date because the designee will be recovering from a significant surgery she underwent in December. It is not known at this point when her doctor will clear her to fly again, and she may be unable to fly until the end of January or beginning of February 2018. The parties have met and conferred about rescheduling Chase's deposition in this and other similar lawsuits to the week of March 19, 2017. Although it is anticipated that Chase's designated witness should be able to fly by February 2018, the parties are unable to schedule her deposition in February as the witness will be testifying in numerous other lawsuits that month (the rescheduling of which was also necessitated by her surgery.)

This is the parties' first request to extend the discovery period in this case, and they seek the extension so that Chase's designated witness may have an opportunity to receive necessary medical treatment and recover from the same, which treatment

---

[1] The parties further reserve their rights to meet and confer and, if necessary, engage in motion practice regarding any discovery issues that may arise.

DMWEST #17361983 v1

and recovery were not anticipated at the time the parties filed their first proposed scheduling order. The parties have diligently engaged in discovery to date, met and conferred regarding the requested extension and scheduling of outstanding discovery items, and seek this extension in good faith.

D. <u>Proposed Discovery Deadlines</u>

The parties request an order extending the close of discovery, the deadline to file dispositive motions, and the deadline to file a pre-trial order by 60 days.

| Event | Current Deadline[2] | New Deadline |
|---|---|---|
| Close of Discovery | February 22, 2018 | April 23, 2018 |
| Dispositive Motions | March 26, 2018 | May 25, 2018 |
| Pre-Trial Order | April 25, 2018 | June 25, 2018 |

[*Continued on the following page*]

---

[2] *See* Scheduling Order, ECF No. 16.

4

DMWEST #17361983 v1

This extension is not requested for purposes of delay and is reasonable and necessary given the good cause set forth above.

**IT IS SO STIPULATED.**

Dated: January 5, 2018

| | |
|---|---|
| KIM GILBERT EBRON | BALLARD SPAHR LLP |
| By: /s/ Diana S. Ebron | By: /s/ Maria A. Gall |
|     Diana S. Ebron, Esq. |     Abran E. Vigil, Esq. |
|     Nevada Bar No. 10580 |     Nevada Bar No. 7548 |
|     Karen L. Hanks, Esq. |     Maria A. Gall, Esq. |
|     Nevada Bar No. 9578 |     Nevada Bar No. 14200 |
|     Jacqueline A. Gilbert, Esq. |     Lindsay Demaree, Esq. |
|     Nevada Bar No. 10593 |     Nevada Bar No. 11949 |
|     7625 Dean Martin Drive, Ste 110 |     Kyle A. Ewing, Esq. |
|     Las Vegas, Nevada 89139-5974 |     Nevada Bar No. 14051 |
| |     1980 Festival Plaza Drive, Suite 900 |
| |     Las Vegas, Nevada 89135 |
| *Attorneys for SFR Investments Pool 1, LLC* | *Attorneys for JPMorgan Chase Bank, N.A.* |

BOYACK ORME & ANTHONY

By: /s/ Patrick Orme
    Edward D. Boyack, Esq.
    Nevada Bar No. 5229
    Patrick Orme, Esq.
    Nevada Bar No. 7853
    7432 West Sahara Avenue, Suite 101
    Las Vegas, Nevada 89117

*Attorneys for Seven Hills Master Community Association*

## ORDER

**IT IS SO ORDERED:**

/s/ George Foley Jr.
UNITED STATES MAGISTRATE JUDGE

DATED: January 8, 2018

5

DMWEST #17361983 v1

# CERTIFICATE OF SERVICE

I certify that on January 5, 2018, and pursuant to Federal Rule of Civil Procedure 5, true copies of the foregoing **STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES BY 60 DAYS** was sent to the following parties via U.S. Mail at the following addresses:

Real Time Resolutions, Inc.
c/o The Corporation Trust Company of Nevada
701 S. Carson St., Suite 200
Carson City, NV 89701

Venancio Reyes, Jr.
1850 E. Serene Ave., Suite 101
Las Vegas, NV 89123

/s/ Mary Kay Carlton
An employee of BALLARD SPAHR LLP

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

6

DMWEST #17361983 v1