Abran E. Vigil
Nevada Bar No. 7548
Maria A. Gall
Nevada Bar No. 14200
Lindsay Demaree
Nevada Bar No. 11949
Kyle A. Ewing
Nevada Bar No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SEVEN HILLS MASTER COMMUNITY ASSOCIATION, a Nevada non-profit corporation; and VENANCIO H. REYES, JR., an individual,<br><br>Defendants. | Case No.: 2:17-cv-00321-GMN-GWF<br><br>**STIPULATION AND ORDER TO STAY ENTIRE CASE PENDING SETTLEMENT**<br><br>**(First Request)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE BENEFICIARY FOR COUNTRYWIDE HOME LOANS, INC., a New York corporation; REAL TIME RESOLUTIONS, INC.,<br><br>Counter/Third-Party/Cross-Defendants. | |

DMWEST #17557675 v2

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR") and Defendant Seven Hills Master Community Association ("Seven Hills") (collectively, the "Parties"), through their respective attorneys, stipulate as follows:

1. On or about January 8, 2018, the Court entered an order extending the discovery deadlines, which set the deadline to complete discovery for April 23, 2018 (ECF No. 37).

2. The Parties have since come to an agreement and are in the process of finalizing settlement.

3. Given the resolution and to avoid wasting resources and incurring potentially unnecessary expense associated with discovery and continued litigation, the Parties agree, and hereby request, a stay of the case to give each side sufficient time and resources to finalize settlement.

4. The Parties anticipate that it may take approximately 90 days to finalize the settlement agreement, perform the material terms under the settlement agreement, and be in a position to dismiss this matter.

[*Continued on the following page*]

DMWEST #17557675 v2

5. The Parties make this stipulation in good faith and not for purposes of delay.

Dated: March 20, 2018

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Lindsay Demaree <br> Abran E. Vigil <br> Nevada Bar No. 7548 <br> Maria A. Gall <br> Nevada Bar No. 14200 <br> Lindsay Demaree <br> Nevada Bar No. 11949 <br> Kyle A. Ewing <br> Nevada Bar No. 14051 <br> 1980 Festival Plaza Drive, Suite 900 <br> Las Vegas, Nevada 89135 | By: /s/ Jacqueline A. Gilbert <br> Diana S. Ebron <br> Nevada Bar No. 10580 <br> Jacqueline A. Gilbert <br> Nevada Bar No. 10593 <br> Karen Hanks <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Dr., Suite 110 <br> Las Vegas, Nevada 89014 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |

BOYACK, ORME & ANTHONY

By: /s/ Patrick A. Orme
    Edward D. Boyack
    Nevada Bar No. 5229
    Patrick A. Orme
    Nevada Bar No. 7853
    401 N. Buffalo Drive, Suite 202
    Las Vegas, NV 89145

*Attorney for Seven Hills Master Community Association*

**IT IS SO ORDERED**:

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE
DATED: March 21, 2018

3

DMWEST #17557675 v2

## CERTIFICATE OF SERVICE

I certify that on March 20, 2018, and pursuant to Federal Rule of Civil Procedure 5, a true copy of the foregoing **STIPULATION AND ORDER TO STAY ENTIRE CASE PENDING SETTLEMENT** was sent to the following parties via U.S. Mail at the following addresses:

Real Time Resolutions, Inc.
c/o The Corporation Trust Company of Nevada
701 S. Carson St., Suite 200
Carson City, NV 89701

Venancio Reyes, Jr.
1850 E. Serene Ave., Suite 101
Las Vegas, NV 89123

/s/ Mary Kay Carlton
An employee of BALLARD SPAHR LLP

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

4

DMWEST #17557675 v2