Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SEVEN HILLS MASTER COMMUNITY ASSOCIATION, a Nevada non-profit corporation; and VENANCIO H. REYES, JR., an individual,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE BENEFICIARY FOR COUNTRYWIDE HOME LOANS, INC., a New York corporation; REAL TIME RESOLUTIONS, INC.,<br><br>Counter/Third-Party/Cross-Defendants. | Case No.: 2:17-cv-00321-GMN-GWF<br><br>**STIPULATION AND ORDER TO 1) DISMISS CLAIMS BETWEEN JPMORGAN CHASE BANK, N.A., SEVEN HILLS MASTER ASSOCIATION, AND SFR INVESTMENTS POOL 1, LLC WITH PREJUDICE, AND 2) LIFT STAY ENTERED MARCH 21, 2018 [ECF NO. 39]** |

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR"), and Defendant Seven Hills Master Community Association (the "Association") (collectively, the "Parties"),through their respective attorneys, stipulate as follows:

1. This action concerns title to real property commonly known as 1259 Panini Drive, Henderson, NV 89052 (the "Property") following a homeowner's association foreclosure sale conducted on March 6, 2013, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20050728-0004446 (the "Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. The Parties to this Stipulation have settled and agreed to release their respective claims, and further agreed that the claims between them, including the Complaint and Counterclaim, shall be DISMISSED with prejudice.

4. As Venancio H. Reyes, Jr. has not appeared in this action, Chase hereby voluntarily dismisses its claims against him pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

5. Nothing in this Stipulation shall impact SFR's counterclaim against Real Time Resolutions, Inc. nor Mortgage Electronic Registration Systems, Inc. as Nominee Beneficiary for Countrywide Home Loans, Inc.

6. The Parties further stipulate and agree that the three Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instruments Number 20131231-0000519, 20170329-0001446 and 20170713-0002324 be, and the same hereby are, EXPUNGED.

7. The Parties further stipulate and agree that the $500 in security costs posted by Chase on June 15, 2017 pursuant to this Court's Order [ECF No. 19] shall be discharged and released to the Ballard Spahr LLP Trust Account.

DMWEST #36205818 v1

8. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder;

9. The Parties further agree to lift the stay entered March 21, 2018 [ECF No. 39];

10. Each party in this case number 2:17-cv-00321-GMN-GWF shall bear its own attorneys' fees and costs.

Dated: December ___, 2018

BALLARD SPAHR LLP

By: /s/ Justin A. Shiroff
    Abran E. Vigil
    Nevada Bar No. 7548
    Justin A. Shiroff
    Nevada Bar No. 12869
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

*Attorneys for JPMorgan Chase Bank, N.A.*

KIM GILBERT EBRON

By: /s/ Jacqueline A. Gilbert
    Diana S. Ebron
    Nevada Bar No. 10580
    Jacqueline A. Gilbert
    Nevada Bar No. 10593
    Karen Hanks
    Nevada Bar No. 9578
    7625 Dean Martin Dr., Suite 110
    Las Vegas, Nevada 89014

*Attorneys for SFR Investments Pool 1, LLC*

BOYACK, ORME & ANTHONY

By: /s/ Patrick A. Orme
    Edward D. Boyack
    Nevada Bar No. 5229
    Patrick A. Orme
    Nevada Bar No. 7853
    7432 West Sahara Avenue, Suite 101
    Las Vegas, Nevada 89117

*Attorney for Seven Hills Master Community Association*

**IT IS SO ORDERED.**

**DATED** this __17__ day of December, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

3

DMWEST #36205818 v1