Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Mortgage Electronic
Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SEVEN HILLS MASTER COMMUNITY ASSOCIATION, a Nevada non-profit corporation; and VENANCIO H. REYES, JR., an individual, <br><br> Defendants. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company <br><br> Counter-Claimant/Cross-Claimant, <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE BENEFICIARY FOR COUNTRYWIDE HOME LOANS, INC., a New York corporation; REAL TIME RESOLUTIONS, INC., <br><br> Counter/Third-Party/Cross-Defendants. | Case No.: 2:17-cv-00321-GMN-EJY <br><br> **STIPULATION AND ORDER TO 1) DISCLAIM MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S ("MERS") INTEREST IN DEEDS OF TRUST, AND 2) DISMISS ALL CLAIMS AGAINST MERS WITH PREJUDICE** |

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Third Party Defendant Mortgage Electronic Registration System, Inc. ("MERS") and Defendant/Cross-Claimant/Third-Party Plaintiff SFR Investment Pool 1, LLC ("SFR") (collectively, the Parties"),through their respective attorneys, stipulate as follows:

1. This action concerns title to real property commonly known as 1259 Panini Drive, Henderson, NV 89052; Parcel No. 191-01-116-015 (the "Property").

2. MERS disclaims any interest in that certain "Deed of Trust" recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20050728-0004446 (the "First Deed of Trust").

3. MERS disclaims any interest in that certain "Deed of Trust" recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20050728-0004447 (the "Second Deed of Trust").

4. In consideration of MERS disclaiming its interest in the First Deed of Trust and Second Deed of Trust, SFR dismisses with prejudice all claims against MERS in this case.

*[Continued on following page.]*

5. Each party shall bear its own attorneys' fees and costs.

Dated: October 2, 2019

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Lindsay Demaree <br> Abran E. Vigil <br> Nevada Bar No. 7548 <br> Lindsay Demaree <br> Nevada Bar No. 11949 <br> 1980 Festival Plaza Drive, Suite 900 <br> Las Vegas, Nevada 89135 <br><br> *Attorneys for Mortgage Electronic Registration Systems, Inc.* | By: /s/ Diana S. Ebron <br> Diana S. Ebron <br> Nevada Bar No. 10580 <br> Jacqueline A. Gilbert <br> Nevada Bar No. 10593 <br> Karen Hanks <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Dr., Suite 110 <br> Las Vegas, Nevada 89014 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED**:

Dated this  3  day of October, 2019

_____
Gloria M. Navarro, District Judge
United States District Court

DMWEST #36865124 v2